IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMILY CLAYTON,<br><br>Defendant. | 8:23CR28<br><br>PRELIMINARY ORDER<br>OF FORFEITURE |

This matter is before the Court on the government's Motion for Preliminary Order of Forfeiture (Filing No. 112). The Court has carefully reviewed the record in this case and finds as follows:

1. On November 8, 2024, defendant Emily Clayton ("Clayton") pleaded guilty to Count I of the Superseding Indictment (Filing No. 20) and admitted the Forfeiture Allegation. Count I charged Clayton with conspiracy to distribute 100 grams or more of a mixture or substance containing an analogue of fentanyl; in violation of 21 United States Code section 846.

2. The Forfeiture Allegation sought forfeiture, pursuant to 21 U.S.C. § 853, of $2,080 in United States currency seized from 3324 Redman Avenue, Omaha, Nebraska, on or about February 24, 2023, as property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

3. Based on Clayton's guilty plea and admission, Clayton forfeits her interest in the $2,080 in United States currency, and the government is entitled to possession of any interest Clayton has in the $2,080 in United States currency, pursuant to 21 U.S.C. § 853.

4. The government's Motion for Preliminary Order of Forfeiture is granted.

IT IS ORDERED:

1. The government's Motion for Preliminary Order of Forfeiture (Filing No. 112) is granted.

2. Based upon the Forfeiture Allegation of the Superseding Indictment (Filing No. 20) and Clayton's guilty plea and admission, the government is hereby authorized to seize the $2,080 in United States currency.

3. Clayton's interest in the $2,080 in United States currency is hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4. The $2,080 in United States currency is to be held by the government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish for at least thirty consecutive days on an official internet Government forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the $2,080 in United States currency, in such manner as the Attorney General may direct, and notice that any person, other than Clayton, having or claiming a legal interest in the $2,080 in United States currency must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the $2,080 in United States currency, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the $2,080 in United States currency, and any additional facts supporting the Petitioner's claim and the relief sought.

7. The government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the $2,080 in United States currency, as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 12th day of November 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge